**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| CASH WRIGHT, | : No. 76 EAL 2017 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| PHILADELPHIA TAXI CAB SERVICE, | : |
| STATE FARM INSURANCE COMPANY, | : |
| FIRST KEYSTONE LIQUIDATION, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.